UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ANTONIO OCEGUEDA,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | NO. EDCV 09-00536 JSL (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Feb. 2, 2012

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE