UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ANTONIO OCEGUEDA, | ) NO. EDCV 09-00536 JSL (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Feb. 2, 2012

*/s/ Spencer Letts/*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE